# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00747-CV

**In re Jaime Luevano**

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Jaime Luevano filed a petition requesting that we issue a writ of mandamus directed to Texas Governor Greg Abbott or, alternatively, to Texas Attorney General Ken Paxton. However, we may issue writs of mandamus only against a district judge or county judge sitting in our district, or to enforce our jurisdiction, none of which Luevano requests. *See* Tex. Const. art. V, § 6; Tex. Gov't Code § 22.221(b); *see also In re Luevano*, No. 03-15-00014-CV, 2015 Tex. App. LEXIS 242 (Tex. App.—Austin Jan. 14, 2015, orig. proceeding); *In re Luevano*, No. 01-13-00455-CR, 2013 Tex. App. LEXIS 7696, at *1 (Tex. App.—Houston [1st Dist.] June 25, 2013, orig. proceeding). The petition for writ of mandamus is dismissed for want of jurisdiction.

Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Pemberton and Field

Filed:   December 11, 2015